UNITED STATES of America,
Plaintiff–Appellee,

v.

Nikia FRANKLIN, Defendant–
Appellant.

No. 06–20606
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

March 7, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Nikia Franklin presents arguments that she concedes are foreclosed by the law of the case, *see, e.g., Ward v. Santa Fe Indep. Sch. Dist.*, 393 F.3d 599, 607–08

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

(5th Cir.2004) (reiterating that a party cannot raise an issue on appeal that could have been raised in an earlier appeal in the same case), and by circuit precedent, *see, e.g., United States v. Daugherty,* 264 F.3d 513, 518 (5th Cir.2001)(rejecting a Commerce Clause challenge to the felon-in-possession-of-a-firearm statute, 18 U.S.C. § 922(g)). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

